Eric M. Poulin (SBN 298476)
eric.poulin@poulinwilley.com
Blake G. Abbott (*Pro Hac Vice Pending*)
blake.abbott@poulinwilley.com
Paul J. Doolittle (*Pro Hac Vice Pending*)
paul.doolittle@poulinwilley.com
POULIN | WILLEY | ANASTOPOULO, LLP
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Facsimile: (843) 494-5536

*Attorneys for Plaintiffs*

Debra E. Pole (SBN 97816)
dpole@sidley.com
Alycia A. Degen (SBN 211350)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendant*
FUJIFILM Irvine Scientific, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.B., M.B., T.H. and M.H., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FUJIFILM IRVINE SCIENTIFIC, INC.,<br><br>Defendant. | Case No. 2:23-cv-06893-JWH-JDE<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING RESPONSIVE PLEADING [FED. R. CIV. P. 6(B)(1) AND L.R. 8-3]**<br><br>Complaint Filed: August 22, 2023<br>Trial Date: None Set |

1  IT IS HEREBY STIPULATED by and between the parties, Plaintiff B.B., M.B., T.H., and M.H. (collectively, "Plaintiffs") and Defendant FUJIFILM Irvine Sciences, Inc. ("FUJIFILM" or "Defendant"), through their respective counsel of record, as follows:

WHEREAS, on August 22, 2023, Plaintiffs filed their Complaint in this action;

WHEREAS, on August 25, 2023, Plaintiffs served the Summons and Complaint on Defendant FUJIFILM;

WHEREAS, on September 13, 2023, the parties agreed to extend the deadline for Defendant to answer or otherwise respond to the Complaint to October 15, 2023, in furtherance of the Parties' ongoing discussions regarding Plaintiffs' claims;

WHEREAS, Defendant has requested, and Plaintiff has agreed, to extend the deadline for Defendant to answer or otherwise respond to the Complaint to November 14, 2023, to allow the parties to continue discussions concerning this matter;

NOW THEREFORE, IT IS HEREBY STIPULATED THAT Defendant shall answer or otherwise respond to the Complaint on or before November 14, 2023.

IT IS SO STIPULATED.

Dated: October 6, 2023

POULIN | WILLEY | ANASTOPOULO, LLC

By: */s/ Paul J. Doolittle*
Eric M. Poulin (CA SBN 298476)
Blake G. Abbott (*pro hac vice pending*)
Paul J. Doolittle (*pro hac vice pending*)
POULIN | WILLEY | ANASTOPOULO, LLP
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Facsimile: (843) 494-5536

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: October 6, 2023 | SIDLEY AUSTIN LLP |
| 2 | | By: */s/ Alycia A. Degen* |
| 3 | | Debra E. Pole (SBN 97816)<br>Alycia A. Degen (SBN 211350) |
| 4 | | SIDLEY AUSTIN LLP<br>555 West Fifth Street, Suite 4000 |
| 5 | | Los Angeles, CA 90013<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600 |
| 6 | | |
| 7 | | *Attorneys for Defendant*<br>FUJIFILM Irvine Scientific, Inc. |

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Joint Stipulation and [Proposed] Order.  Pursuant to Civil Local Rule 5-1(i), I hereby attest that the other signatories have concurred in this filing.

Dated: October 6, 2023              By:   /s/ *Alycia A. Degen*
                                                Alycia A. Degen