**POULIN | WILLEY | ANASTOPOULO, LLC**
Eric M. Poulin (California State Bar No. 298476)
   *eric.poulin@poulinwilley.com*
Paul J. Doolittle (*Pro Hac Vice* Forthcoming)
   *paul.doolittle@poulinwilley.com*
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **B.B.**, et al., individually and on behalf of all others similarly situated<br><br>          **Plaintiffs**,<br><br>    vs.<br><br>**FUJIFILM IRVINE SCIENTIFIC, INC,**<br><br>          **Defendants.** | **Case No 2:23-cv-06893-JWH-JDE**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO: THE HONORABLE COURT AND ALL PARTIES OF RECORD**

    The named Plaintiffs B.B., M.B., T.H., and M.H. (collectively, "Plaintiffs"), pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismiss Fujifilm Irvine Scientific, Inc., from this matter **with prejudice**. Regarding the class claims,

we hereby dismiss Fujifilm Irvine Scientific, Inc. **without prejudice.** <u>As all claims are being dismissed, this case can be closed.</u>

Respectfully submitted,

Dated: August 27, 2024

By: */s/ Eric M. Poulin*
**POULIN | WILLEY | ANASTOPOULO, LLC**
Eric M. Poulin (California State Bar No. 298476)
 eric.poulin@poulinwilley.com
Paul J. Doolittle (*Pro Hac Vice* Forthcoming)
 paul.doolittle@poulinwilley.com
 cmad@poulinwilley.com
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536

*Attorneys for Plaintiffs*

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

2

# CERTIFICATE OF SERVICE

The undersigned certifies that on August 27, 2024, I caused the foregoing document to be electronically filed with the Court using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Eric M. Poulin